AO 91 (Rev. 08/09) Criminal Complaint

EC/HH

## UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Stephen A. Wilson<br>2698 Allegheny Avenue<br>Columbus, Ohio 43209<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:21-MJ-174<br>)<br>)<br>) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 2016 to July 2020** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of child pornography: use of a minor engaged in sexually explicit conduct for the purpose of producing a visual depiction of such conduct |
| 18 U.S.C. 2252(a)(4)(B) | Possession of visual depictions of minors engaged in sexually explicit activity |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

Josh Saltar SA FBI
*Printed name and title*

Sworn to before me and signed in my presence. Via audio Voice call

Date: March 11, 2021

City and state: Newark, ~~Columbus~~, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge